### 29216. DOBSON *v.* THE STATE.

MacINTYRE, J. The verdict was supported by the evidence, and none of the grounds of the motion for new trial discloses reversible error.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED JANUARY 16, 1942.

*W. F. Moore, Vester M. Ownby,* for plaintiff in error.

*John A. Boykin, solicitor-general, Durwood T. Pye, E. E. Andrews,* contra.